FILED: March 14, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-6332
(3:13-cv-00159-FDW-DCK)

_____

RANDOLPH A. WATTERSON

        Plaintiff - Appellant

JEFFREY RANDOLPH WATTERSON

        Plaintiff

v.

WOODY BURGESS; JASON GREEN; FRANKIE DELLINGER; JENNIFER
HOYLE; CITY OF CHERRYVILLE; BOB AUSTELL; MIKE ALLRED;
DAVID HODGKINS; BEN BLACKBURN; SELECTIVE INS. OF S.C.;
CHERRYVILLE CITY POLICE DEPARTMENT; CHERRYVILLE UTILITIES
DEPT.

        Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:13-cv-00159-FDW-DCK |
| Date notice of appeal filed in originating court: | 03/13/2017 |

| Appellant (s) | Randolph Watterson |
|---|---|
| Appellate Case Number | 17-6332 |
| Case Manager | Anisha Walker<br>804-916-2704 |