c/o UNITED STATES COURT  JUN 16, 2018
OF APPEALS FOR THE 4th CIR.
attn: LISA McFARLAND
APPOINTMENTS DEPUTY      Re: WATTERSON, et al. v. Burgess, et
1100 E. MAIN ST., Suite 501    al. 3:13-cv-159
RICHMOND, VIRGINIA       COA NO. 17-6332
23219-3517

Dear Lisa McFarland,

How are you? I am writing to you in order to check the status of my Appeal in the above captioned matter concerning the issue of whether or not the Court is going to appoint counsel to assist me with the filing of a formal brief?

I filed a motion for the appointment of counsel back in March 2017 and it was never ruled on. Also I obtained a very cursory copy of the trial transcript in this matter which totaled only about 78 pages of the end of the trials proceedings. I thought there would be more to the transcript I was provided considering it was a 7 day jury trial.

So I was wondering if the court is going to appoint counsel and, if not whether I need to file an Addition "FORMAL BRIEF" since I ~~already~~ already filed an INFORMAL BRIEF? I dont know who to write to look into this? Anyhow, thanks for your time. If I need to file a status report or bring the appointment of counsel back to the courts attention, please let me know.

Have a Good one.  Randy Watterson
                  # 0427985



Randolph A. Watterson
#0427985
P.O. Box 278
Swan Quarter, N.C.
27885

LEGAL
MAIL

6/16/18

c/o United States Court of Appeals
For the Fourth Circuit
attn: Lisa McFarland
Appointments Deputy
1100 E. Main St., Suite 501
Richmond, Virginia
23219-3517

MAILED FROM
HYDE CORRECTIONAL
INSTITUTION