c/o UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

July 12, 2018

attn: CLERKS OFFICE
1100 E. MAIN St., Suite 501
Richmond, VA
23219-3517

RE:
WATTERSON, et al. v. BURGESS, et al.
NO. 17-6332 (3:13-CV-159-FDW-DCK)

DEAR CLERK,
I HAVE ONLY NOW AND A FEW DAYS AGO, RECIEVED A PORTION OF THE TRANSCRIPT REGARDING THE PRETRIAL MOTIONS HEARING ON JAN 30, 2017, CHARGE CONFERENCE HELD ON FEB 7, AND THE RECORD OF THE PROCEEDINGS ON FEB 8, "IN PART."
 I DO NOT KNOW IF I SHOULD FILE A FORMAL BRIEF ON MY PROPOSED ISSUES OR NOT.

IF YOU WILL RECALL, I FILED AN INFORMAL BRIEF FOLLOWED BY MY MOTION FOR TRANSCRIPT AND MOTION FOR THE APPOINTMENT OF COUNSEL.

AS FAR AS I KNOW, THIS COURT DEFERRED JUDGEMENT ON THE APPOINTMENT OF COUNSEL. I JUST NEED TO KNOW IF I ~~STANDARD~~ AM REQUIRED TO FILE A FORMAL BRIEF NOW OR IF I AM SUPPOSE TO WAIT FOR THE COURTS DETERMINATION AS TO WHETHER OR NOT TO APPOINT COUNSEL.

I AM WRITING THIS LETTER OF INQUIRY IN ORDER TO PRESERVE MY RIGHTS TO FILE A "FORMAL BRIEF" WITH SUPPORTING CASE LAW IN CASE THE COURT ELECTS NOT TO APPOINT ME COUNSEL IN THIS UNFORTUNATE MATTER. IF THE COURT DOES NOT APPOINT COUNSEL THEN I JUST WANT TO MAKE SURE I'M FOLLOWING YOUR RULES CORRECTLY AND SO THAT I WILL HAVE AN OPPORTUNITY TO ARGUE MY ISSUES. I DID NOT GET JUSTICE IN THE DISTRICT COURT AGAINST THESE CORRUPT FORMER POLICE OFFICERS, ONE OF WHOM HAS BEEN REARRESTED FOR SELLING DRUGS RECENTLY ("FRANKIE DELLINGER").
Anyhow, THANKS FOR YOUR TIME AND ANY RESPONSE TO THIS LETTER.

with KIND Regards,
RANDOLPH A. WATTERSON
# 0427985    PRO SE
P.O. Box 278
SWAN QUARTER, N.C.
27885

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT THE UNDERSIGNED placed A copy of THE FOREGOING letter TO the clerk in the U.S. mail for delivery in A postage paid properly Addressed envelope This 12th DAY of July 2018 As follows:

c/o UNITED STATES COURT OF
APPEALS FOR the fourth circuit
attn: clerks office
1100 E. MAIN ST, SUITE 501
RICHMOND, VA
23219-3517

RANDOLPH A. WATTERSON
Randolph A. Watterson
# 0427985    pro se
P.O. Box 278
SWAN QUARTER, N.C.
27885



RANDOLPH A. WATTERSON
#0497985
P.O. Box 278
SWAN QUARTER, N.C.
27885

LEGAL
MAIL  MAILED FROM
      HYDE CORRECTIONAL
      INSTITUTION

7/12/18

c/o UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
ATTN: PATRICIA S. CONNOR, CLERK
1100 E. MAIN ST., SUITE 501
RICHMOND, VA
23219-353826

LEGAL MAIL